DANIEL J. BRODERICK, #89424
Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER CASTANEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:11 cr-0009 MJS |
| Plaintiff, | |
| v. | STATUS REPORT; REQUEST FOR CONTINUANCE;ORDER |
| CHRISTOPHER CASTANEDA, | |
| Defendant. | Date:  July 10, 2012<br>Time:  10:00 a.m.<br>Judge: Michael J. Seng |

This case is currently scheduled for a status conference on May 15, 2012. Plaintiff United States of America and Defendant, through their respective counsel, have agreed that this case is best resolved by a deferred prosecution agreement. In May, the matter was submitted to Pre-Trial Services for a review and report. Pre-Trial requested 45 days to complete the report. In order for this report to be received, reviewed, and signed by the parties and submitted to the court for its review, the parties have agreed to request that the court

///
///
///

1  continue the status conference until July 10, 2012, at 10:00 a.m.
2  Dated:  May 8, 2012
                                          Respectfully submitted,

4                                         /s/ Daniel J. Broderick
                                          DANIEL J. BRODERICK
5                                         Federal Defender
                                          Attorney for Defendant
6                                         CHRISTOPHER CASTANEDA

7                        ---------------
                              ORDER
8

9       Pursuant to Defendant Christopher Castaneda's unopposed request to
10 continue the status conference in this case, and for the reasons
11 outlined in that request, IT IS HEREBY ORDERED that the status
12 conference currently scheduled for May 15, 2012, shall be continued
13 until July 10, 2012, at 10:00 a.m.

16 IT IS SO ORDERED.
17 Dated:   May 8, 2012              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE