DANIEL J. BRODERICK
Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER CASTANEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 6:11 cr-0009 MJS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| | ) | AND EXCLUDE TIME |
| v. | ) | |
| | ) | |
| CHRISTOPHER CASTANEDA, | ) | DATE:  July 10, 2012 |
| | ) | TIME:  10:00 a.m. |
| Defendant. | ) | JUDGE: Michael J. Seng |

_____

The parties, through their respective attorneys, hereby stipulate and agree to continue the status conference currently scheduled in this case for July 10, 2012, until August 28, 2012 at 10:00 a.m.

The parties further agree that the time period beginning May 15, 2012, and extending through August 28, 2012, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. §§ 3161, et al.

Further, the parties agree that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

3161(h)(8)(B)(iv).  In particular, the time is required so that pre-trial services may complete the deferred prosecution agreement and the parties can review the pre-trial services report.  The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until August 28, 2012, or such time as either party may request a hearing for a purpose other than preliminary examination.

DATE:  July 9, 2012              Respectfully Submitted,


                                 /s/ Daniel J. Broderick
                                DANIEL J. BRODERICK
                                Federal Defender
                                Attorney for Defendant
                                CHRISTOPHER CASTANEDA

DATE: July 9, 2012              /s/ Susan St. Vincent
                                Susan St. Vincent
                                Acting Legal Officer
                                Yosemite National Park, CA


                                **ORDER**


IT IS SO ORDERED.

Dated:   July 10, 2012          /s/ Michael J. Seng
                                UNITED STATES MAGISTRATE JUDGE